# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------X

ESTER LELCHOOK, individually and as personal representative of the Estate of David Martin Lelchook; MICHAEL LELCHOOK; YAEL LELCHOOK; ALEXANDER LELCHOOK; AND DORIS LELCHOOK,

          Plaintiffs,

   - against -

THE ISLAMIC REPUBLIC OF IRAN; THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (a/k/a Bank Markazi Jomhouri Islami Iran); BANK SADERAT IRAN; AND BANK SADERAT, PLC,

          Defendants.

-------------------------------------------------------------------X

Case No: 1:15-CV-13715 (JGD)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bank Saderat PLC certifies that Bank Saderat PLC is a bank incorporated in England and Wales and is a wholly owned subsidiary of Bank Saderat Iran.

Dated:  February 3, 2016

Respectfully submitted,

/s/ William M. Taylor
PEPPER HAMILTON LLP
William Taylor (BBO#624981)
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617. 204.5100

*Attorney for Defendant Bank Saderat PLC*

**CERTIFICATE OF SERVICE**

I, William M. Taylor, hereby certify that a true and correct copy of Defendant Bank Saderat PLC's Rule 7.1 Disclosure Statement was served electronically via the Court's ECF system upon:

>Marna F. Berkman
>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street
>Suite 1928
>Brooklyn, New York  11201
>Telephone: (718) 855-3627
>
>*Attorneys for the plaintiffs*

/s/ William M. Taylor
William M. Taylor

February 3, 2016