# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                          Fax: (718) 855-4696

March 9, 2016

Clerk's Office
United States District Court for the District of Massachusetts
One Courthouse Way – Suite 2300
Boston, Massachusetts 02210
Attn: Clary Geraldino-Karasek, Docket Clerk

    Re:    *Lelchook, et al. v. Islamic Republic of Iran, et al.*
              <u>Docket no. 15-13715 (PBS)</u>

Dear Ms. Karasek:

    We represent the plaintiffs in the above-captioned matter. I write to request that the Clerk effect service pursuant to 28 U.S.C. § 1608(a)(4) on Defendant The Islamic Republic of Iran ("Iran"). Iran is a "foreign state" for the purposes of 28 U.S.C. § 1608(a)(4).

    We previously requested service of these documents via DHL pursuant to 28 U.S.C. § 1608(a)(3). However, DHL informed my colleague, Dina Rovner, that the shipments to Iran could not be delivered. Because service was not effected within thirty (30) days under 28 U.S.C. § 1608(a)(3), I now request that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under § 1608(a)(3).

    Accordingly, please find enclosed a check in the amount of $ 2275.00 as per the service fee, and a copy of the ECF Notice of Electronic Filing of this letter and one set of documents collated and ready for service on Iran, which contains:

1) Two copies of the summons in this action addressed to a particular defendant with a translation thereof into Farsi.
2) Two copies of the Complaint in this action together with a translation thereof into Farsi
3) Two copies of the Consent to Magistrate Judge Forms with a translation thereof into Farsi.
4) Two copies of the Notice of Suit together with a translation thereof into Farsi.
5) One copy of the FSIA.

THE BERKMAN LAW OFFICE, LLC

March 9, 2016
Page 2 of 2

    Please take the necessary steps to dispatch these materials and cover letter to the Director, Special Consular Services, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710, in the enclosed pre-addressed and pre-paid U.S. mail package (requesting return receipt) pursuant to 28 U.S.C. § 1608(a)(4).

    Once dispatched, kindly have the appropriate docket entry made.

    Thank you for your consideration.

Respectfully yours,

*[signature]*

Robert J. Tolchin