UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ester Lelchook, et.al.
    Plaintiff
     v.                                                  15-cv-13715-PBS

.
Islamic Republic of Iran, et al
    Defendant

## NOTICE OF DEFAULT

Saris, Chief Judge,

    Notice of Default is hereby issued for failure of the Defendant **Bank Saderat Iran** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 6th day of Apri, 2016. Counsel shall serve the Notice of Default on the defendant and submit a Motion for Default Judgment/proposed order within 30 days of this order.

                                            Robert M. Farrell
                                            Clerk of Court

                                       By: /s/ C. Geraldine Karasek
                                              Deputy Clerk

Dated: **April 6, 2016**