**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Ester Lelchook
  Plaintiff
    v.                            1:15-cv-13715-PBS

The Central Bank of the Islamic Republic of Iran
  Defendant

## NOTICE OF DEFAULT

Saris, Chief District Judge,

      Notice of Default is hereby issued for failure of the Defendant, **The Central**

**Bank of the Islamic Republic of Iran** to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this **6/16/2016.** Counsel shall serve the Notice of Default

on the defendant and submit a Motion for Default Judgment/proposed order within 30

days of this order.

                        Robert M. Farrell
                        Clerk of Court

              By: /ss/ C. Geraldine Karasek

                      Deputy Clerk

Dated: **6/16/2016**