IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X

ESTER LELCHOOK, *et al.*,

                Plaintiff,

      -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

Docket No:
1:15-CV-13715(PBS)

---------------------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF ROBERT J. TOLCHIN

**ROBERT J. TOLCHIN**, pursuant to 28 U.S.C. § 1746, declares the following statements to be true, subject to the penalties for perjury of the United States of America:

1.    I am an attorney licensed to practice law before the courts of the States of New York and New Jersey, and am admitted to practice before this Court in this case *pro hac vice*. I am counsel to The Berkman Law Office, LLC, 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, counsel for the plaintiffs in this matter, and I submit this supplemental declaration in further opposition to Defendant Bank Saderat PLC's motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2).

2.    Attached hereto as Exhibit A is a true and correct copy of 10/17/16 Decision & Order in *U.S. v. Zarrab*, 15-cr-867 (RMB) (S.D.N.Y.).

3.    Attached hereto as Exhibit B is a true and correct copy of the May 21, 2016 email exchange between myself and Jeremy D. Frey.

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Brooklyn, New York
October 21, 2016

_____
Robert J. Tolchin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
        October 21, 2016

Robert J. Tolchin