UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ESTER LELCHOOK, *et al.*,

                Plaintiff,

        -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

              Defendants.

------------------------------------------------------------------X

Docket No.
16-cv-7078 (ILG) (rlm)

**<u>NOTICE OF MOTION</u>**

C O U N S E L :

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated July 28, 2017; the exhibits annexed thereto; and upon the pleadings and proceedings heretofore had herein, the plaintiffs will move this Court, at the Courthouse located at 225 Cadman Plaza, Brooklyn, New York, at a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for an order:

    a)    PERMITTING limited discovery regarding facts relevant to the Court's personal jurisdiction over defendant Bank Saderat PLC ("BSPLC"), and DIRECTING the defendant BSPLC to answer the discovery demands served by the plaintiffs herein; and

    b)    GRANTING such other and further relief as is just and proper under the circumstances.

Dated:   Brooklyn, New York
       July 28, 2017

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
       Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627


TO:    Jeremy D. Frey, Esq.
       Pepper Hamilton LLP
       *Attorneys for defendant BSPLC*
       3000 Two Logan Square
       Philadelphia, PA 19103
       215-981-4445