

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Jeremy D. Frey
direct dial:  215.981.4445
direct fax:  215.422.3552
freyj@pepperlaw.com

August 7, 2018

VIA ECF

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Lelchook, et al. v. Islamic Republic of Iran, et al., 1:16-cv-07078-ILG-RLM

Dear Judge Mann:

      This Firm has represented defendant Bank Saderat PLC ("BSPLC") in the above case.

      In advance of resolution of the pending motion for jurisdictional discovery and any order of the Court, we have been advised by BSPLC that it respectfully no longer intends to participate in legal proceedings in this case.  We have been directed to so notify the Court.  This Firm has been discharged from representation of BSPLC in this action.

      Accordingly, Pepper Hamilton LLP intends to file its mandatory motion to withdraw from representation of BSPLC in this case in the coming days.

      Thank you for your attention to this matter.

Respectfully submitted,

Jeremy D. Frey (admitted *pro hac vice*)

cc:    All counsel of record via ECF

Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Silicon Valley    Wilmington

www.pepperlaw.com