UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ESTER LELCHOOK, et al.,

                Plaintiffs,

         -against-

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.
---------------------------------------------------------X

Docket No.
16-cv-7078 (ILG) (RLM)

## [PROPOSED] ORDER

This cause having come before the Court upon the duly noticed Motion to Withdraw by Pepper Hamilton LLP from representation of Bank Saderat PLC in this case, and upon consideration of the same and for good cause shown;

IT IS on this _____ day of _____, 2018,

ORDERED AND ADJUDGED that Pepper Hamilton LLP, by Jeremy D. Frey and William M. Taylor, shall be and is terminated as counsel of record for Bank Saderat PLC in this matter, and a copy of this Order shall be promptly provided to Bank Saderat PLC by Pepper Hamilton LLP.

                                        _____
                                        Hon. Roanne L. Mann
                                        Chief Magistrate Judge

Notice to:

| | |
|---|---|
| Marna F. Berkman | |
| Robert J. Tolchin | Jeremy D. Frey |
| The Berkman Law Office, LLC | William M. Taylor |
| 111 Livingston Street | PEPPER HAMILTON LLP |
| Suite 1928 | 3000 Two Logan Square |
| Brooklyn, New York  11201 | Eighteenth and Arch Streets |
| Telephone: (718) 855-3627 | Philadelphia, PA  19103 |

#49551081 v4