

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

August 17, 2018

VIA ECF

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Lelchook, et al. v. Islamic Republic of Iran, et al., 1:16-cv-07078-ILG-RLM</u>

Dear Judge Mann:

      This Firm has represented defendant Bank Saderat PLC in the above case.  This Firm's mandatory Motion to Withdraw is pending.  Plaintiffs have conditionally objected to the withdrawal.

      As time is needed to review plaintiffs' papers and to assure our compliance with the RPCs, the Firm requests that its response be due to be filed in one week, that is on or before August 24, 2018.  Earlier today we emailed plaintiffs' counsel for their position on this proposed schedule, but have not heard back.

      Thank you for your attention to this matter.

      Respectfully submitted,

      Jeremy D. Frey (admitted *pro hac vice*)

cc:    All counsel of record via ECF

Boston   Washington, D.C.   Los Angeles   New York   Pittsburgh
Detroit   Berwyn   Harrisburg   Orange County   Princeton   Silicon Valley   Wilmington

www.pepperlaw.com