ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: August 22, 2018  
START: 10:00 am  
END: 10:30 am

DOCKET NO: 16 CV 7078  
CASE: Lelchook v. Islamic Republic of Iran

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☑ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☑ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFFS | ATTORNEY |
|---|---|
|  | Robert Tolchin |
|  |  |
|  |  |

| DEFENDANTS |  |
|---|---|
| Bank Saderat PLC (the "Bank") | Jeremy Frey |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Counsel of record for the Bank, who is moving to withdraw in this case, confirms that the law firm continues to represent the Bank in another case pending in this District, Freeman v. HSBC Holdings et al., 14CV6601 (DLI/CLP). Thus, the firm has an ongoing relationship with the Bank, which essentially has not "discharged" the firm but has simply directed it to cease working on the Lelchook case. For the reasons stated on the record, and based on a series of judicial opinions cited on the record, the Court concludes that it has the authority to condition defense counsel's withdrawal from the case

on defense counsel's filing a sworn statement confirming that this order and an order to follow have been served on the Bank; identifying contact information for Dr. Borhani, the Bank's managing director; and confirming that the Court's warnings about the entry of a default judgment against an unrepresented entity have been communicated to the Bank through Dr. Borhani. Counsel are directed to confer and, by August 23, 2018, shall file a proposed order including a deadline by which the Bank must secure new counsel or be defaulted.