**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**ESTER LELCHOOK, et al,**

                **Plaintiffs,**                    <u>**ORDER**</u>
      -against-                                                     16-CV-7078 (ILG)

**ISLAMIC REPUBLIC OF IRAN, et al,**

                **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

The Court adopts as its order counsel's proposed language:

1) Mr. Frey shall file with the Court and serve on plaintiffs' counsel by ECF a sworn affidavit or a declaration executed pursuant to 28 U.S.C. § 1746 setting forth the following information:

   a. BSPLC's current mailing address in the United Kingdom, as well as contact information for Dr. Borhani, BSPLC's Managing Director.

   b. The full name(s) and position(s) of the BSPLC officer(s); (i) to whom Mr. Frey delivered copies of the Court's Minute Entry of August 10, 2018 (which stated, inter alia, that a default would "forfeit [the Bank's] defense of lack of personal jurisdiction"), of the Court's Minute Entry of August 22, 2018, and of this Memorandum Order, and the dates on which these documents were delivered; and (ii) whom Mr. Frey advised that the entry of a default judgment of the Court establishing plaintiffs' claims against BSPLC in this case is "an obvious consequence of the decision to no longer defend the lawsuit," and the date such information was delivered. The Affidavit will

1

  specify the means by which the aforementioned documents were delivered and such communications were made (e.g., email, letter, telephone call, etc.).

  c. That "the Court's warnings about the entry of a default judgment against an unrepresented entity have been communicated to the Bank through Dr. Borhani" (Minute Entry, 8/22/18) and the date and manner in which those warnings were delivered.

2) If new counsel does not enter an appearance in this case on behalf of defendant BSPLC within 21 days of the date of this Memorandum Order, BSPLC's default shall be entered under Fed. R. Civ. P. 55(a).

  **SO ORDERED.**

**Dated: Brooklyn, New York**
   **August 23, 2018**

          /s/ *Roanne L. Mann*
         **ROANNE L. MANN**
         **CHIEF UNITED STATES MAGISTRATE JUDGE**