# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                    Fax: (718) 855-4696

September 18, 2018

**BY ECF**

Hon. Roanne L. Mann
Chief United States Magistrate Judge
United States District Court for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lelchook, et al v. Islamic Republic of Iran, et al*
           1:16-cv-07078-ILG-RLM

Dear Judge Mann:

    We write on behalf of the plaintiffs. As Your Honor will recall, defendant Bank Saderat PLC ("BSPLC") dismissed its counsel and informed the Court that it will no longer participate in this case. On August 23, 2018, the Court ordered that: "If new counsel does not enter an appearance in this case on behalf of defendant BSPLC within 21 days of the date of this Memorandum Order, BSPLC's default shall be entered under Fed. R. Civ. P. 55(a)." (DE 145 at 2).

    The 21-day period has elapsed, and no new counsel have appeared for BSPLC. Accordingly, we respectfully request that the Court order the Clerk to enter forthwith the default of defendant Bank Saderat PLC, pursuant to Fed. R. Civ. P. 55(a).

    We also respectfully request that the Court direct the Clerk to modify BSPLC's address of record in this action, for the purpose of service under Fed. R. Civ. P. 77(d)(1) and any other purpose required or permitted by the Federal Rules or the Local Rules of this Court, to reflect the address provided by BSPLC's withdrawing counsel in his Affidavit in Support of Motion to Withdraw. That address is: Bank Saderat, PLC, 5 Lothbury, London, UK, EC2R 7HD. (DE 147, 2 at ¶ 3).

    We thank you for your consideration.

                                                                  Respectfully,

                                                                   Robert J. Tolchin

THE BERKMAN LAW OFFICE, LLC	September 18, 2018
Page 2 of 2

cc: **BY FIRST CLASS MAIL AND EMAIL**
Bank Saderat, PLC
5 Lothbury
London, UK, EC2R 7HD
borhani@saderat-plc.com.