

# CERTIFICATION

This is to certify that Your Words America Corp. (#81-1731316) was responsible for the translation of the attached documents from Hebrew language to English Language. Furthermore, the attached English language document is a true and accurate translation of the original Hebrew language document to the best of our knowledge and belief.

Executed this on
Monday, December 04, 2017

*Your Words America Corp.*
2299 Coney Island Ave., Suite 2RR
Brooklyn, NY 11223
+1 (347) 767-4884

www.ur-word.com          info@ur-word.com





מדינת ישראל

בפני הרשם לענייני ירושה בחיפה

תיק מס' 31713
בקשה מס' 1

## צו ירושה

בעניין עזבון המנוח דוד מרטין קלצוק ז"ל,   מס' ת"ז 011600244

שנפטר ביום 02/08/2006   ומענו היה קיבוץ סער

אני מצהירה כי :
שמות יורשיו על פי דין של המנוח וחלקו היחסי של כל אחד מהם בעזבון הוא:

| שם היורש | מס' ת"ז | תקרבה | תחלק |
|---|---|---|---|
| אסתרה קלצוק | 068273317 | בת זוג | בשלמות |

Your Words America Corp.
2299 Coney Island Ave., Suite # 2 RR
Brooklyn, NY 11223
www.ur-word.com

יעל קלצוק-בת, מיכל קלצוק-בת, הסתלקו מחלקן בעזבון.

צו זה ניתן היום כ"ד בטבת תשס"ז (14/01/2007)

ל. בר-עוז
רשמת לענייני ירושה בחיפה




> True to the original
> Michael Geva – Attorney
> L.N. 31168
>
> In handwriting: (Illegible) 256321



## The State of Israel

Before the Inheritance Registrar in Haifa

Case no. 31713
Motion no.1

### Inheritance Order

In the matter of the estate of the late David Martin Lelchook, may he rest in peace I.D. no. 011600244 who passed away on 02/08/2006 who resided at Kibbutz Sa'ar.

**I hereby declare that:**
**The names of his heirs according to the law of the deceased and the proportional share of each one of them in the estate is:**

| Name of Heir | ID Number | Relation | Share |
|---|---|---|---|
| Esther Lelchook | 068273317 | Spouse | Full |

Yael Lelchook – daughter, Michal Lelchook – daughter have renounced their share in the estate.

This order is handed down on: 24th Tevet 5767 (14/01/2007)

**Your Words America Corp.**
2299 Coney Island Ave., Suite # 2 RR
Brooklyn, NY 11223
www.ur-word.com

(Handwritten Signature)
_____

L. Bar-Oz
Inheritance Registrar
Haifa

[Circular Stamp: Inheritance Registrar / Haifa and the North]

[Rectangular Stamp: Inheritance Registrar / Haifa and the North. I confirm that this is a true and faithful copy of the original. Date: in handwriting: 25.1.07. Secretary: (Handwritten Signature)]