# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                           Fax: (718) 855-4696

October 20, 2020

**BY ECF**
Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:   *Lelchook, et al. v. Islamic Republic of Iran, et al.*
             Case no. 16-cv-07078 (ILG) (rlm)

Dear Judge Mann:

     On July 16, 2020, plaintiffs filed a Supplemental Memorandum (DE 170) which addressed, inter alia, the question of whether a foreign national such as plaintiff Ester Lelchook can assert a claim under 18 U.S.C. § 2333 as a "survivor" of her late husband, U.S. citizen David Lelchook.

     In further support of plaintiffs' argument that Ms. Lelchook can assert such a claim, plaintiffs submit herewith the Memorandum Decision and Order issued on October 20, 2020, in *Estate of Eitam Henkin v. Kuveyt Turk Katilim Bankasi, A.S.*, 1:19-cv-05394-BMC (E.D.N.Y). The discussion of this issue appears on pages 8-11.

     We thank the Court for its consideration.

                                                                Respectfully,

                                                               Robert J. Tolchin

Cc:   **BY FIRST CLASS MAIL AND EMAIL**
        Bank Saderat, PLC
        5 Lothbury London,
        UK, EC2R 7HD
        borhani@saderat-plc.com