UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESTER LELCHOOK, individually and as
personal representative of the Estate of
David Martin Lelchook, MICHAL LELCHOOK,
YAEL LELCHOOK, ALEXANDER LELCHOOK,
and DORIS LELCHOOK,

                                Plaintiffs,                       JUDGMENT
                                                                    16-CV-07078 (ILG) (RLM)

    v.

THE ISLAMIC REPUBLIC OF IRAN,
THE CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN (a/k/a Bank Markazi
Jomhouri Islami Iran), BANK SADERAT IRAN,
and BANK SADERAT, PLC,

                                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of United States District Judge I. Leo Glasser, having been filed on February 18, 2022, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated November 23, 2020, concerning the appropriate damages awards; deferring ruling on that part of the Report and Recommendation to which Ester Lelchook objected; directing the Clerk of Court to enter judgment against BSPLC in the following amounts: an award of (trebled) economic damages in the amount of $899,958 to Ester Lelchook, acting as the legal representative of David Lelchook's Estate; and (trebled) compensatory damages in the aggregate amount of $60,000,000, with $7,500,000 allocated to Alexander Lelchook, $15,000,000 allocated to the Estate of Doris Lelchook, and separate awards of $18,750,000 allocated to Michal and to Yael Lelchook, respectively; it is

        ORDERED and ADJUDGED that judgment is hereby entered against BSPLC in the following amounts: an award of (trebled) economic damages in the amount of $899,958 to Ester

Lelchook, acting as the legal representative of David Lelchook's Estate; and (trebled) compensatory damages in the aggregate amount of $60,000,000, with $7,500,000 allocated to Alexander Lelchook, $15,000,000 allocated to the Estate of Doris Lelchook, and separate awards of $18,750,000 allocated to Michal and to Yael Lelchook, respectively.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 23, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>      Deputy Clerk |