**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- X

ESTER LELCHOOK, individually and as
personal representative of the Estate of David
Martin Lelchook, MICHAL LELCHOOK,                    Case No.
YAEL LELCHOOK, ALEXANDER                             16-CV-07078 (ILG) (RLM)
LELCHOOK, and DORIS LELCHOOK, *et al.*,

                Plaintiffs,

             -against-


THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-------------------------------------------------------------------- X

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that plaintiff Ester Lelchook appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the United States District Court for the Eastern District of New York (Glasser, *J.*), filed on October 13, 2022 (DE 185), which dismissed her individual-capacity claims against defendant Bank Saderat, PLC.

Plaintiff Ester Lelchook hereby appeals from each and every part of the aforementioned Memorandum and Order, and from any and all other orders entered in this action that merged into the aforementioned Memorandum and Order.

Dated:   Brooklyn, New York
         November 3, 2022

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiff-Appellant*

by: _____

    Robert J. Tolchin

829 East 15th Street
Brooklyn, New York 11230
718-855-3627